IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WALLER,

     Plaintiff,                                No. CIV S-08-0011 LKK JFM

    vs.

GARY & KOBE TRANSPORTATION,
dba BEST QUALITY MOVERS,

     Defendants.                           ORDER

/

        Plaintiff, proceeding through counsel, has filed a status report. (Docket No. 7.) In his amended complaint, plaintiff alleges, inter alia, breach of the contracts of carriage, under 49 U.S.C. § 14706, by defendants. A portion of the alleged violations[1] took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). None of the alleged violations occurred in Sacramento.

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Other violations took place in Alabama; the District of Alabama transferred this action to the Eastern District on a motion to change venue brought by plaintiff.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno;

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

3. The May 29, 2008 status conference is vacated.

DATED: May 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;waller.22