# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALLER,<br><br>             Plaintiff,<br><br>    v.<br><br>GARY AND KOBY TRANSPORTATION,<br>INC. DBA BEST QUALITY MOVERS,<br><br>             Defendant. | 1:08-cv-00725 AWI GSA<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br><br>(Document 22) |

      Plaintiff William Waller ("Plaintiff") filed the instant action for liability of a motor carrier. On September 15, 2008, the Court issued Findings and Recommendations that Plaintiff's motion for default judgment be granted. These Findings and Recommendations were served on all parties appearing in this action and contained notice that any objections were to be filed within fifteen (15) court days of the date of service of the order. Over fifteen (15) court days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The September 15, 2008, Findings and Recommendations are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant Gary and Koby Transportation, Inc. DBA Best Quality Movers is GRANTED IN PART AND DENIED IN PART;

3. Plaintiff is AWARDED actual damages in the amount of $16,248.00, along with prejudgment interest and postjudgment interest in accordance with 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated:   October 17, 2008                          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE